02-12-346-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00346-CV

 

 


 
 
 In re Matthew James Leachman
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied.  Nothing in this opinion shall be construed as a ruling
on the trial court’s failure to rule on the merits of “Relator’s Verified
Petition To Take Deposition Before Suit,” which remains pending in the trial
court until ruled on by that court.

 

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

LIVINGSTON,
C.J. would request a response.

 

DELIVERED: 
August 23, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).